UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DANIEL F. QUICK,

    Plaintiff,

v.

CORBIN PUHAN, et al.,

    Defendants.

Case No. C24-629RSL

ORDER TO SHOW CAUSE

On May 7, 2024, a Letter was sent from the Clerk of Court, in the above-captioned matter, Dkt. #3.  The Letter was mailed to plaintiff, but was returned unopened on May 16, 2024, as plaintiff apparently no longer resides at the address on file with the Court, Dkt. #5. On May 9, 2024, the Honorable Michelle L. Peterson, United States Magistrate Judge, issued an Order to Show Cause, Dkt. #4.  That Order was returned unopened on May 16, 2024, Dkt. #5.  On May 29, 2024 the Clerk re-sent Dkt. #3 and Dkt. #4 to the return address listed on the Complaint that was filed on May 28, 2024, at Dkt. #6.  Those documents were again returned unopened on July 19, 2024 at Dkt. #8.

The Clerk of Court is directed to send this Order to Show Cause to both addresses for plaintiff.

2057 Vista Drive
Ferndale, WA 98248

General Delivery
Ferndale, WA 98248

ORDER TO SHOW CAUSE - 1

The Clerk of Court is further directed to note a "Rule 41 dismissal proceeding" on the calendar for October 4, 2024. If plaintiff fails to notify the Court and opposing parties of his current address by that date, the Court will dismiss the action without prejudice for failure to prosecute under Local Civil Rule 41(b)(2).

DATED this 5th day of August, 2024.

Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE - 2