UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DANIEL F. QUICK,

                Plaintiff,

    v.

CORBIN PUHAN, et al.,

                Defendants.

No. C24-629RSL

ORDER TO SHOW CAUSE

        This matter comes before the Court *sua sponte*. The complaint in the above-captioned matter was filed on May 28, 2024. To date, service of the summons and complaint has not been made on defendants as required by Fed. R. Civ. P. 4(m). Plaintiff is hereby ORDERED to show cause why the complaint should not be dismissed. Plaintiff shall file a responsive brief no later than October 23, 2024. The Clerk of Court shall note this Show Cause on the Court's calendar for October 25, 2024.

        The Clerk of Court is directed to send this Order to Show Cause to plaintiff at the following addresses:

2057 Vista Drive
Ferndale, WA 98248

General Delivery
Ferndale, WA 98248

336 - 36th Street
Bellingham, WA 98225

ORDER TO SHOW CAUSE

1
2
3     DATED this 27th day of September, 2024.
4
5                                    *MNT S Lasnik*
                                     Robert S. Lasnik
6                                    United States District Judge
7
...

ORDER TO SHOW CAUSE                -2-


1
2
3       DATED this 27th day of September, 2024.
4
5                                          *[signature: MNT S Lasnik]*
                                           Robert S. Lasnik
6                                          United States District Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER TO SHOW CAUSE                              -2-