UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL F QUICK,<br><br>                    Plaintiff,<br><br>            vs.<br><br>CORBIN PUHAN, et al,<br><br>                    Defendants. | NO.  C24-629RSL<br><br>ORDER OF DISMISSAL FOR FAILURE TO PERFECT SERVICE OF SUMMONS AND COMPLAINT |

This matter comes before the Court *sua sponte*. The complaint in this matter was filed on May 28, 2024. To date, plaintiff has failed to file proof of service of the summons and complaint upon defendants or to make a timely request for extension of the service date, as required by Fed. R. Civ. P. 4(l) and (m). The Court having given plaintiff notice of this deficiency on September 27, 2024, Dkt. #18, hereby DISMISSES the above-captioned complaint without prejudice.

IT IS NOW, THEREFORE, ORDERED that this matter be DISMISSED.

The Clerk of Court is directed to send this Order of Dismissal to plaintiff at the following addresses:

| | | |
|---|---|---|
| 2057 Vista Drive<br>Ferndale, WA 98248 | 336 - 36th Street<br>Bellingham, WA 98225 | General Delivery<br>Ferndale, WA 98248 |

ORDER OF DISMISSAL FOR FAILURE TO PERFECT SERVICE OF SUMMONS AND COMPLAINT-1

DATED this 25th day of October, 2024.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL FOR FAILURE TO PERFECT SERVICE OF SUMMONS AND COMPLAINT-2